■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH WATERS, Appellant. [916 NYS2d 791]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Sullivan, J.), rendered May 16, 2006, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the Supreme Court erred in denying his *Batson* challenges (*see Batson v Kentucky*, 476 US 79 [1986]) with respect to the prosecutor's use of peremptory challenges to exclude African-American women from the jury. The prosecutor provided race- and gender-neutral explanations for excluding each of the prospective jurors at issue (*id.* at 97; *see People v Smocum*, 99 NY2d 418, 420 [2003]). The Supreme Court's determination that these explanations were nonpretextual is entitled to deference on appeal and should not be

disturbed where, as here, it is supported by the record (*see People v Hernandez*, 75 NY2d 350, 356-357 [1990], *affd* 500 US 352 [1991]; *People v Fuller*, 302 AD2d 405 [2003]). Prudenti, P.J., Angiolillo, Florio and Sgroi, JJ., concur.